UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OUTLOGIC, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>NYBSYS, INC., et al.,<br><br>        Defendants.<br><br>NYBSYS, INC.,<br><br>        Counterclaimant,<br><br>    v.<br><br>OUTLOGIC, LLC,<br><br>        Counterclaim Defendant. | Case No. 21-cv-09592-VKD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT REQUEST TO STAY DISCOVERY AND CONTINUE DEADLINES**<br><br>Re: Dkt. No. 42 |

The parties' joint request to stay party discovery and continue the initial case management and other dates is granted in part and denied in part as follows:

Plaintiff's deadline to respond to defendant's counterclaims (Dkt. No. 35) is continued at this time to March 31, 2022. The initial case management conference remains set for March 22, 2022, 1:30 p.m. via Zoom webinar. The Court will consider the parties' requests for a stay of party discovery and to continue other deadlines during the case management conference.

**IT IS SO ORDERED.**

Dated: March 16, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge