1  Alexei Klestoff (SBN 224016)              Nicholas Jackson (admitted *pro hac vice*)
   ZWILLGEN LAW LLP                          ZWILLGEN PLLC
2  369 Pine Street, Suite 506                1900 M Street NW, Suite 250
   San Francisco, CA 94104                   Washington, DC 20036
3  Telephone: (415) 590-2340                 Telephone: (202) 296-3585
4  Facsimile: (415) 636-5965                 nick@zwillgen.com
   alexei@zwillgen.com
5

6  Sheri Pan (SBN 316136)
   ZWILLGEN PLLC
7  183 Madison Avenue, Suite 1504
   New York, NY 10016
8  Telephone: (646) 362-5590
   sheri@zwillgen.com
9

10 Attorneys for Plaintiff
   **OUTLOGIC, LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OUTLOGIC, LLC,** | Case No.: 21-cv-09592-VKD |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL** |
| **NYBSYS, INC., A CALIFORNIA CORPORATION; AND NYBSYS INC., A NEW YORK CORPORATION,** | AND ORDER THEREON |
| Defendants. | Re: Dkt. No. 62 |
| **NYBSYS INC., A NEW YORK CORPORATION,** | |
| Counterclaimant, | |
| v. | |
| **OUTLOGIC, LLC,** | |
| Counterclaim Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff/Counterclaim Defendant Outlogic, LLC ("Outlogic"), Defendant Nybsys, Inc., a California corporation, and Defendant/Counterclaimant Nybsys Inc., a New York corporation ("Nybsys") (collectively, "Parties"), by and through their respective counsel, hereby stipulate and to the dismissal of this action without prejudice.

Dated: September 29, 2022                **ZWILLGEN LAW LLP**

By:   /s/ Nicholas Jackson
Nicholas Jackson
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washhington, DC 20036
nick@zwillgen.com
(202) 296-3585

Sheri Pan (SBN 316136)
ZWILLGEN PLLC
183 Madison Avenue, Suite 1504
New York, NY 10016
sheri@zwillgen.com
(646) 362-5590

Attorneys for Plaintiff
**OUTLOGIC, LLC**

Dated: September 29, 2022                **SINGER CASHMAN LLP**

By:   /s/ Doug Tilley
Doug Tilley (SBN 265997)
505 Montgomery Street, Suite 1100
San Francisco, California 94111
dtilley@singercashman.com
(415) 500-6080

Attorney for Defendants
**NYBSYS INC., A NEW YORK CORPORATION; NYBSYS, INC., A CALIFORNIA CORPORATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   September 30, 2022            _____
                                       Judge Virginia K. DeMarchi
                                       United States Magistrate Judge

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest and certify that concurrence in the filing of this document has been obtained from the other Signatories hereto.

Dated: September 29, 2022         By:   /s/ Nicholas Jackson